UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:19MJ908(SALM) |
| MILTON SUM | : | January 9, 2020 |

**NOTICE OF WAIVER OF PRELIMINARY HEARING**

Milton Sum, the Defendant, respectfully files this notice, hereby waiving his right to a preliminary hearing, and a speedy indictment.

Mr. Sum is charged in a complaint dated June 10, 2019, in connection with his arrest on the same date charging him with smuggling, and conspiracy to smuggle glass eels. Mr. Sum was presented on that same day. The Court, United States Magistrate Judge Sarah A. L. Merriam, previously granted the Defendant's unopposed motion to adjourn the preliminary hearing, setting the preliminary hearing date for January 13, 2020.

Under 18 U.S.C. § 3161(b), an indictment or information must be filed within 30 days of the Defendant's arrest, or in this case, within 21 days of his initial appearance. With that full understanding, Mr. Sum now waives his right to a preliminary hearing, and agrees that there is probable cause here. The notice of waiver is also based on facts stated on the record in today's conference call.

An executed waiver will follow this filing. Counsel for the government, Assistant United States Attorney Harold H. Chen, consents to the filing of this notice.

The Defendant requests that the Court exclude the time through and including April 15, 2020, from calculation under Rule 5.1 and 18 U.S.C. § 3161(b), as the request and exclusion is in the defendant's interest, and in interest of justice.

Respectfully Submitted,

THE DEFENDANT,
Milton Sum

FEDERAL DEFENDER OFFICE

Date: January 09, 2020
/s/ Tracy Hayes
Assistant Federal Defender
265 Church Street, 7th FL
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 09, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Tracy Hayes
Tracy Hayes