UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 3:19MJ908(SALM) |
| MILTON SUM : | |

### WAIVER OF PRELIMINARY HEARING

The Defendant, Milton Sum, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161(b) requiring the filing of an indictment or information within 30 days of his arrest, and by Federal Rule of Criminal Procedure 5.1(c) requiring a preliminary hearing within 21 days of his initial appearance. In support of this Waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver, and agrees to waive his right to a preliminary hearing, and speedy indictment;

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act, as listed above; and

He requests that the Court find that the waiver is in the best interest of the defendant, that it outweighs the public interest in a speedy trial, and that a period of delay should be excluded through April 15, 2020.

_____       Date: 01/09/2020
Milton Sum

_____       Date: 1/09/2020
Tracy Hayes

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 9, 2020, a copy of the foregoing Waiver was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  /s/ Tracy Hayes
                                  Tracy Hayes